UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS MULDOWNEY, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-2158 |
| WEATHERFORD US, L.P., | § § § | |
| Defendant. | § | |

## ORDER STAYING CASE

Pending before the Court is Plaintiff's Motion to Stay pending Arbitration (**Instrument No. 11**). This Court finds that Defendant's Motion to Stay is **GRANTED**.

This case is **ADMINISTRATIVELY CLOSED**.

IT IS FURTHER ORDERED that the parties are granted leave to move to reinstate the case on the Court's active docket within ten (10) days from the date of a ruling by an Arbitration Panel. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the  17th   day of August, 2020, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**